PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-MC-00266-KJM-DB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $10,000.00 IN U.S. CURRENCY, AND | |
| MONEY ORDER VALUED AT $1,000.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Efren Pacheco and Freeway Packaging and Glass, LLC ("claimants"), by and through their respective counsel, as follows:

1.       On or about April 12, 2023, claimants filed claims in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $10,000.00 in U.S. Currency and a Money Order valued at $1,000.00 in U.S. Currency (hereafter "defendant funds"), which were seized on February 8, 2023.

2.       The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has

filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was July 11, 2023.

4.      By Stipulation and Order filed on July 11, 2023, the parties stipulated to extend to October 10, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed on October 12, 2023, the parties stipulated to extend to January 8, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to March 8, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

///

///

///

///

///

///

///

///

///

///

///

Stipulation and Order to Extend Time

7.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to March 8, 2024.

Dated:  1/8/2024                                                    PHILLIP A. TALBERT
                                                                            United States Attorney

                                                           By:      /s/ Kevin C. Khasigian
                                                                            KEVIN C. KHASIGIAN
                                                                            Assistant U.S. Attorney

Dated:  1/8/2024                                                    /s/ Jacek W. Lentz
                                                                            JACEK W. LENTZ
                                                                            Attorney for potential claimants
                                                                            Efren Pacheco and
                                                                            Freeway Packaging and Glass, LLC

                                                                            (Signature authorized by email)


**IT IS SO ORDERED**.

Dated:  January 9, 2024.


_____

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to Extend Time